IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Chapter 7 Case No. 11-18387 |
| | ) |
| John J. Giancola | ) Bankruptcy Judge Morgenstern-Clarren |
| Sandra L. Giancola | ) |
| | ) |
| Debtors | ) |

### NOTICE OF HEARING ON, AND OF PROPOSED SALE OF, PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2.002 (a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Sheldon Stein, the Trustee in the above-captioned matter, intends to sell at private sale to the debtor immediately after the hearing upon this Notice, at the office of the Trustee, located at 50 Public Square – Ste. 400, Cleveland, Ohio 44113, the following personal property:

2005 Nissan Altima

The described property will be sold for $3,100.02, an amount which represents the value of this item less applicable exemptions, if any, claimed by the debtor. The purchase price has been or will be paid in full immediately after the hearing upon this notice.

A hearing is scheduled in courtroom 2A of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, H. M. Metzenbaum Federal Court House, 201 Superior, Cleveland, Ohio 44114, on May 16, 2013, at 8:30 a.m. to consider this Notice, and any written ob-

jections thereto which are filed and served in the undersigned, the United States Trustee, and all parties entitled to receive such objection no later than seven (7) days preceding the date scheduled for the hearing. If no objection to this Notice are filed and served within such time period, the sale may be consummated without hearing.

/s/ Sheldon Stein
Sheldon Stein, Trustee (0007292)
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

Service

I certify that on April 4, 2013, a true and correct copy of this document was served:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jason T Baker    jbakerlaw@sbcglobal.net
- Sheldon Stein    sstein@epiqtrustee.com, sstein@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on: Mr. and Mrs. John J. Giancola, 650 Rural Road, Eastlake, Ohio 44095, and to all creditors.

/s/ Sheldon Stein
Sheldon Stein, Trustee


Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Advantage Imaging - Lake County
3733 Park East Dr., Suite 100
Beachwood, OH 44122-4334

American InfoSource LP as agent for Target
PO Box 248866
Oklahoma City, OK 73124-8866

Assoc/Citibank SD
PO BOX 6003
Hagerstown, MD 21747-6003

Bank of America Home Loans
P.O.Box 660694
Dallas, TX 75266-0694

CCO Mortgage Corp
PO Box 42111
Providence, RI 02940-2111

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374-0933

Cavalry Portfolio Services, LLC
500 Summit Lake Drive Suite 400
Valhalla, NY 10595-2322

Citibank
C/O James L. Sassano, Esq.
24755 Chagrin Blvd., Suite 200
Beachwood, OH 44122-5690

Countrywide Home Loans
C/O Jennifer Madine, Esq.
PO Box 5480
Cincinnati, OH 45201-5480

Countrywide Home Loans
C/O Lerner Sampson & Rothfuss
PO Box 5480
Cincinnati, OH 45201-5480

Countrywide Home Loans
C/O Timothy R. Billick, Esq.
4500 COurthouse Blvd., Suite 400
Stow, OH 44224-6839

Dillards/GEMB
C/O Cavalry Portfolio Services, LLC
PO Box 1017
Hawthorne, NY 10532-7504

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Eastside MRI
C/O Richard J. Kaplow, Esq.
808 Rockefeller Building
614 Superior Ave., NW
Cleveland, OH 44113-1334

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

GMAC Mortgage
Attn: Bankruptcy Department
1100 Virginia Dr.
Fort Washington, PA 19034-3204

HSBC Card Services
PO BOX 5222
Carol Stream, IL 60197-5222

JCPenney
PO BOX 960090
Orlando, FL 32896-0090

Kohls
P.O. Box 2983
Milwaukee, WI 53201-2983

Linens 'N Things
PO Box 530942
Atlanta, GA 30353-0942

Macy's
PO Box 689195
Des Moines, IA 50368-9195

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
▲ Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-Up™
www.avery.com
1-800-GO-AVERY

11-18387-pmc   Doc 22   FILED 04/10/13   ENTERED 04/10/13 14:23:06   Page 3 of 4

Easy Peel® Labels
Use Avery® Template 5160®

▲ Feed Paper ━━ Bend along line to expose Pop-Up Edge™

 AVERY® 5160®

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Oaktree Clinic Inc.
Matthew M. Keum, MD
36060 Euclid Ave. Suite 101
Willoughby, OH 44094-4661

PHH Mortgage
PO Box 5452
Mount Laurel, NJ 08054-5452

Portfolio Recovery Associates
C/O Javitch, Block & Rathbone
1100 Superior Ave., 19th Floor
Cleveland, OH 44114-2521

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
World Financial Network National Bank
PO Box 788
Kirkland, WA 98083-0788

Sam's Club
PO Box 530942
Atlanta, GA 30353-0942

Sears
PO Box 183082
Columbus, OH 43218-3082

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702-3397

Victoria's Secret
P.O. Box 659728
San Antonio, TX 78265-9728

John J. Giancola
650 Rural Road
Eastlake, OH 44095-1604

Sandra L. Giancola
650 Rural Road
Eastlake, OH 44095-1604

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

▲ Sens de chargement Repliez à la hachure afin de révéler le rebord Pop-Up™

www.avery.com
1-800-GO-AVERY